### 10899. SAYLER *v.* THE STATE.

BLOODWORTH, J. The special grounds of the motion for new trial are devoid of merit. There is evidence sufficient to support the verdict, which has the approval of the trial judge; and the judgment is

*Affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED NOVEMBER 4, 1919.

Conviction of shooting at another; from Sumter superior court— Judge Littlejohn. August 5, 1919.

*Hixon & Pace,* for plaintiff in error.

*Jule Felton, solicitor-general,* contra.